David H. Herrington (*Pro Hac Vice*)
dherrington@cgsh.com
Arminda B. Bepko (*Pro Hac Vice*)
abepko@cgsh.com
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, NY 10006
Telephone:  (212) 225-2000
Facsimile:   (212) 225-3999

Nowell Bamberger (*Pro Hac Vice*)
nbamberger@cgsh.com
CLEARY GOTTLIEB STEEN & HAMILTON LLP
2112 Pennsylvania Avenue NW
Washington, DC 20037
Telephone:  (202) 974-1500
Facsimile:   (202) 974-1999

Ragesh K. Tangri (SBN 159477)
rtangri@durietangri.com
DURIE TANGRI LLP
217 Leidesdorff Street
San Francisco, CA 94111
Telephone:  (415) 362-6666
Facsimile:   (415) 236-6300

W. Henry Huttinger (SBN 312843)
hhuttinger@durietangri.com
DURIE TANGRI LLP
953 East 3rd Street
Los Angeles, CA 90013
Telephone:  (213) 992-4499
Facsimile:   (415) 236-6300

Attorneys for Plaintiff MEDYTOX INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MEDYTOX INC.,<br><br>                    Plaintiff,<br><br>       v.<br><br>AEON BIOPHARMA, INC. and DAEWOONG PHARMACEUTICAL CO. LTD.<br><br>                    Defendants. | Case No. 8:21-CV-00903-JLS-JDE<br><br>**PLAINTIFF MEDYTOX INC.'S NOTICE OF SUPPLEMENTAL AUTHORITY**<br><br>Ctrm:  10A<br>Judge: Honorable Josephine L. Staton |

In connection with Plaintiff Medytox Inc.'s ("Medytox") pending motion to dismiss its complaint against Defendant Daewoong Pharmaceutical Co., Ltd. ("Daewoong") without prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure (ECF No. 19) (the "Motion"), Medytox respectfully submits this notice of supplemental authority calling the Court's attention to the United States District Court, Eastern District of Virginia's recent decision in the matter of *Medytox Inc. v. Daewoong Co, Ltd. et al.*, No. 1:21-cv-607 (LMB/IDD), ECF. No 32 (Oct. 5, 2021) (Order, attached as Exhibit A).

As explained in the Motion, Medytox filed this action against Daewoong under the Defend Trade Secrets Act (18 U.S.C. § 1836) and a separate action against Daewoong and its corporate affiliate in the Eastern District of Virginia to correct the inventorship of one of Daewoong's patents and to obtain an equitable assignment of that patent to Medytox (the "Virginia Action"). In both this action and the Virginia Action, Medytox has moved to dismiss without prejudice under Rule 41(a)(2) to avoid any risk of triggering the two-dismissal rule under Rule 41(a)(1)(B). On October 5, 2021, the court in the Virginia Action granted Medytox's motion and dismissed that case without prejudice. *See* Exhibit A.

Respectfully submitted,

Dated: October 14, 2021    CLEARY GOTTLIEB STEEN & HAMILTON LLP

By:*/s/ David H. Herrington*
DAVID H. HERRINGTON (*Pro Hac Vice*)

Attorneys for Plaintiff
MEDYTOX INC.

Dated: October 14, 2021    DURIE TANGRI LLP

By:*/s/ Ragesh K. Tangri*
RAGESH K. TANGRI

Attorneys for Plaintiff
MEDYTOX INC.

# **FILER'S ATTESTATION**

Pursuant to Civil L.R. 5-4.3.4, regarding signatures, I, Ragesh K. Tangri, attest that concurrence in the filing of this document has been obtained.

*/s/ Ragesh K. Tangri*
RAGESH K. TANGRI

# CERTIFICATE OF SERVICE

I hereby certify that on October 14, 2021 the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the attorneys of record in this case.

*/s/ Ragesh K. Tangri*
RAGESH K. TANGRI

---

3
PLAINTIFF MEDYTOX INC.'S NOTICE OF SUPPLEMENTAL AUTHORITY /
CASE NO. 8:21-CV-00903-JLS-JDE

# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| MEDYTOX INC.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DAEWOONG CO., LTD. and DAEWOONG PHARMACEUTICAL CO., LTD.<br><br>　　　　　Defendants. | Case No. 1:21-cv-607 (LMB/IDD) |

## ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS COMPLAINT WITHOUT PREJUDICE PURSUANT TO FRCP 41(a)(2)

Upon consideration of Plaintiff's Motion to Dismiss Complaint Without Prejudice Pursuant to FRCP 41(a)(2) and its accompanying Memorandum of Law in Support of the Motion, it is hereby

ORDERED that Plaintiff's Motion to Dismiss Complaint Without Prejudice Pursuant to FRCP 41(a)(2) is GRANTED.

Entered this 5th day of October, 2021.

Alexandria, Virginia

/s/ _____
Leonie M. Brinkema
United States District Judge